UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO PEREZ,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGENICS PHARMACEUTICALS, INC.,<br><br>*Defendant*. | Case No. 10-cv-08278 (SC) (PED)<br><br>**NOTICE OF MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF JULIO PEREZ FROM INTRODUCING EVIDENCE ON, OR REFERRING TO, HIS ALLEGED DAMAGES FOR "LOSS OF REPUTATION" AND "EMOTIONAL DISTRESS, DEPRESSION AND PSYCHOLOGIC INJURIES"** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Progenics Pharmaceuticals, Inc. will move this Court *in limine*, pursuant to the Court's September 17, 2014 Pre-Trial Order, for an order to be heard on October 1, 2014 at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, in Courtroom 23B at 10:00 a.m., to preclude Plaintiff Julio Perez from introducing evidence on, or referring to, his alleged damages for "loss of reputation" and "emotional distress, depression and psychologic injuries," and for such other and further relief as may be appropriate.

Dated: New York, New York
       September 24, 2014

FENSTERSTOCK & PARTNERS LLP

By: /s/ Blair C. Fensterstock
    Blair C. Fensterstock (BF-2020)
    Thomas A. Brown (TB-1642)
    100 Broadway, 8th Floor
    New York, New York 10005
    (212) 785-4100

    *Attorneys for Defendant*
    *Progenics Pharmaceuticals, Inc.*

1

To:    Julio Perez
       273D South Broadway
       Tarrytown, New York 10591

       *Plaintiff Pro Se*