UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| JULIO PEREZ,<br><br>                     Plaintiff,<br><br>- against -<br><br>PROGENICS PHARMACEUTICALS, INC.,<br><br>                     Defendants, | Case No.: 1:10-CV-08278 (LAP)<br><br>**PETITION FOR CHARGING LIEN** |

------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the Affirmation of Christopher P. Keenan dated September 16, 2016, upon the exhibits attached thereto, and upon all the pleadings and proceedings heretofore and herein, the undersigned, on behalf WESTERMANN, SHEEHY, KEENAN, SAMAAN, and AYDELOTT, LLP, former attorneys of record for the plaintiff, will move this Court, located at 300 Quarropas St. White Plains, NY 10601, on September 30, 2016 at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order pursuant to New York Judiciary Law § 475, fixing and attaching a charging lien on the judgment obtained by the plaintiff in this matter, and for such other and further relief as this Court may deem just and proper.

Dated: September 16, 2016
       White Plains, New York

                                                          Respectfully submitted

                                                          WESTERMANN, SHEEHY, KEENAN,
                                                          SAMAAN & AYDELOTT, LLP

                                                          _/s/ Christopher P. Keenan_

                                                          Christopher P. Keenan, Esq. (CK8161)
                                                          cpkeenan@westerlaw.com
                                                          222 Bloomingdale Road, Suite 305
                                                          White Plains, New York  10605
                                                          (914) 946-7770

TO:     JULIO PEREZ, Ph.D.
        Plaintiff
        273D South Broadway
        Tarrytown, New York  10591

        FENSTERSTOCK LAW, PLLC
        Attorneys for Defendant
        521 Fifth Avenue, Suite 1700
        New York, NY 10175

        SHEPPARD, MULIN, RICHTER & HAMPTON, LLP
        Attorneys for Defendant
        30 Rockefeller Plaza, 24th Floor
        New York, NY 10112-2201