UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JULIO PEREZ,                                    Case No.: 1:10-CV-08278 (LAP)

                Plaintiff,            **NOTICE OF WITHDRAWAL**
                                                                     **OF PETITION FOR**
                                                                       **CHARGING LIEN**
           - against -

PROGENICS PHARMACEUTICALS, INC.,

                Defendant.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Westermann, Sheehy, Keenan, Samaan & Aydelott, LLP, former attorneys of record for plaintiff, JULIO PEREZ, hereby withdraw with prejudice their Petition for Charging Lien, dated September 16, 2016, and all prior petitions and motions for a charging lien or attorneys' fees, without costs or fees to any party.

Dated: September 20, 2017
      White Plains, New York

                                                    Respectfully submitted,

                                                    WESTERMANN, SHEEHY, KEENAN,
                                                    SAMAAN & AYDELOTT, LLP

                                                    _____
                                                    Christopher P. Keenan, Esq. (CK8161)
                                                    cpkeenan@westerlaw.com
                                                    222 Bloomingdale Road, Suite 305
                                                   (914) 946-7770

## **CERTIFICATE OF SERVICE**

DOCUMENT SERVED:   Notice Of Withdrawal Of Petition For Charging Lien

METHOD OF SERVICE:   Via ECF System and Email

DATE OF SERVICE:   September 21, 2017

PARTIES SERVED:   Julio Perez
Plaintiff
Julioperez1992@yahoo.com

Anthony J. Harwood
Tony.harwood@aharwoodlaw.com

Blair Courtney Fensterstock
Bfensterstock@fensterstock.com

WESTERMANN, SHEEHY, KEENAN,
SAMAAN & AYDELOTT, LLP

Christopher P. Keenan, Esq. (CK8161)
cpkeenan@westerlaw.com
Attorneys for Plaintiff
222 Bloomingdale Road, Suite 305
White Plains, New York  10605
(914) 946-7770